No. 781. Hooven & Allison Co. *v.* Evatt, Tax Commissioner. April 10, 1944. Petition for writ of certiorari to the Supreme Court of Ohio granted. *Messrs. Luther Day* and *Thomas C. Lavery* for petitioner. *Mr. Thomas J. Herbert,* Attorney General of Ohio, for respondent.

No. 745. Sage Stores Co. et al. *v.* Kansas ex rel. Mitchell, Attorney General. April 10, 1944. Petition for writ of certiorari to the Supreme Court of Kansas granted limited to the first question presented by the petition. *Messrs. Samuel H. Kaufman, George Trosk, Milton Adler,* and *Thomas M. Lillard* for petitioners. *Messrs. A. B. Mitchell,* Attorney General of Kansas, and *C. Glenn Morris* for respondent.

No. 768. McDonald *v.* Commissioner of Internal Revenue. April 10, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Frederick E. S. Morrison* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Newton K. Fox,* and *Miss Helen R. Carloss* for respondent.

No. 538. Williams *v.* Illinois. January 12, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied. The application for a stay is also denied. Mr. Justice Murphy took no part in the consideration or